UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BEVOLO GAS & ELECTRIC LIGHTS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-0391** |
| **FLAMBEAUX MARKETING, L.L.C., ET AL** | **SECTION: "I" (4)** |

### ORDER

At the request of the District Judge and the agreement of the parties, **IT IS ORDERED** that the **Settlement Conference (doc. #16)** presently set before Magistrate Judge Roby on **February 3, 2012, at 10:00 a.m.** is **RESET** to **September 26, 2011**, at **2:00 p.m.**   <u>**COUNSEL MUST IMMEDIATELY CONTACT CHAMBERS WITH ANY SCHEDULING CONFLICTS.**</u>

Each party shall email, in confidence, a concise position letter or memorandum **outlining the settlement position of the party, including the case number, case name, and be no longer than three pages double spaced** of the evidence the party expects to produce at trial **at least two (2) days before the conference**.   <u>The email address is:</u>   efile-roby@laed.uscourts.gov. The email subject line should read:

<u>**"Settlement Position Paper for 11-0391I on 09/26/11"**</u>

<u>All counsel are to have access to someone with full authority.</u>

New Orleans, Louisiana, this 29th day of July 2011

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE