UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVOLO GAS & ELECTRIC LIGHTS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>FLAMBEAUX MARKETING, LLC, and FLAMBEAUX GAS & ELECTRIC LIGHTS, LLC,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 11-CV-391<br><br>Section "I"<br>HON. LANCE AFRICK<br><br>MAGISTRATE (4) |

## EXHIBIT LIST

**NOW INTO COURT**, comes Defendants FLAMBEAUX MARKETING, LLC, and FLAMBEAUX GAS & ELECTRIC LIGHTS, LLC, and list the following documents that they may use as exhibits at trial:

1. All trademark registration applications for all of the marks that are the subject of this lawsuit.

2. United States Patent and Trademark Office website printouts for each of Plaintiff's marks.

3. Financial statements of Bevolo Metal Crafts, Inc. and Bevolo Gas and Electric Lights, Inc. from January 1, 2003 to the present.

4. Tax returns of Bevolo Metal Crafts, Inc. and Bevolo Gas and Electric Lights, Inc. from January 1, 2003 to the present.

5. Articles of Organization/Incorporation for Bevolo Metal Crafts, Inc.

6. Amendments or restatements of Articles of Incorporation for Bevolo metal Crafts, Inc.

7. Bylaws, minute books, resolutions, stockholder agreements and other comparable agreements, stockholder lists and stock transfer ledgers, for Bevolo Metal Crafts, Inc.

8. Articles of Organization/Incorporation for Bevolo Gas and Electric Lights, Inc.

9. Amendments/Restatements of Articles of Incorporation for Bevolo Gas and Electric Lights, Inc.

10. Bylaws, minute books, resolutions, stockholder agreements and other comparable agreements, stockholder lists and stock transfer ledgers, for Bevolo Gas and Electric Lights, Inc.

11. Petition filed in lawsuit that was settled in 2003 (docket no. 2003-15879)

12. 2003 Settlement Agreement between the parties (docket no. 2003-15879)

13. Plaintiff's Responses to Defendants' Requests for Production of Documents

14. Plaintiff's Responses to Defendants' Request for Admissions

15. Plaintiff's Responses to Defendants' Interrogatories

16. Transfer documents of trademark rights that the Plaintiff claims.

17. Transcript of Deposition of Andrew Bevolo

18. Transcript of Deposition of Stephen Guepet

19. Transcript of Deposition of Vincent Valenti

20. Transcript of Deposition of Vincent J. Valenti, Jr.

21. Transcripts of any further depositions taken in this matter

22. Advertising materials and printouts from websites illustrating other manufacturers' widespread use of terms to which Plaintiff claims trademark rights

23. Letters from Plaintiff to vendors and distributors and other agents requesting that those vendors and distributors and agents cease doing business with Defendants

24. Any and all Exhibits introduced by Plaintiff

Respectfully submitted,

**BUTLER MORDOCK, PLC**

By: _____
Stephanie E. Swing #33402
Craig J. Mordock #27014
John Clayton Butler #31079
8220 Maple Street
New Orleans, LA 70118
Tel:   (504) 304-2335
Fax:   (504) 342-2154
www.butlermordock.com
Attorneys for Defendants FLAMBEAUX MARKETING, LLC, and FLAMBEAUX GAS & ELECTRIC LIGHTS, LLC

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2012, I electronically filed the foregoing Exhibit List with the Clerk of Court using the court's electronic filing system which will notify the following individuals of the filing:

Ted M. Anthony
Babineaux, Poche, Anthony & Slavich, LLC
PO Box 52169
Lafayette, LA 70505-2169

_____
Stephanie E. Swing