UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVOLO GAS & ELECTRIC LIGHTS, INC. ) ) ) Plaintiff, ) ) v. ) ) FLAMBEAUX MARKETING, LLC, and ) FLAMBEAUX GAS & ELECTRIC LIGHTS, ) LLC, ) ) Defendants. ) ) | CIVIL ACTION<br><br>NO. 11-CV-391<br><br>Section "I"<br>HON. LANCE AFRICK<br><br>MAGISTRATE (4) |

## WITNESS LIST

**NOW INTO COURT**, comes Defendants FLAMBEAUX MARKETING, LLC, and FLAMBEAUX GAS & ELECTRIC LIGHTS, LLC, and list the following witnesses that they may call at trial:

1. Andrew Bevolo (via cross-examination)

2. Stephen Guepet

3. Vincent J. Valenti, Jr.

4. Vincent Valenti

5. Dennis Calamusa

6. A representative from the Civil District Court Clerk's Office (Parish of Orleans), in the event that Plaintiff does not stipulate to the authenticity of the records from the lawsuit that was settled between the parties in 2003 (docket no. 2003-15879).

7. A representative from the United States Patent and Trademark Office, in the event that Plaintiff does not stipulate to the authenticity of the records or website publishings therefrom.

8. Counsel for Defendants in the 2003 suit (docket no. 2003-15879).

9. Any and all witnesses called by Plaintiff

>Respectfully submitted,
>
>**BUTLER MORDOCK, PLC**
>
>By: _____
>Stephanie E. Swing #33402
>Craig J. Mordock #27014
>John Clayton Butler #31079
>8220 Maple Street
>New Orleans, LA 70118
>Tel:   (504) 304-2335
>Fax:  (504) 342-2154
>www.butlermordock.com
>Attorneys for Defendants FLAMBEAUX MARKETING, LLC, and FLAMBEAUX GAS & ELECTRIC LIGHTS, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2012, I electronically filed the foregoing Witness List with the Clerk of Court using the court's electronic filing system which will notify the following individuals of the filing:

Ted M. Anthony
Babineaux, Poche, Anthony & Slavich, LLC
PO Box 52169
Lafayette, LA 70505-2169

_____
Stephanie E. Swing